

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ**
Appellant/Cross-Appellee

v.

Lydia **RODRIGUEZ** and Robert Pereida
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On September 20, 2021, appellee/cross-appellant Robert Pereida's counsel, Sergio R. Davila and Olga G. Brown, filed a motion to withdraw as counsel for appellee/cross-appellant Robert Pereida. The motion complies with the requirements of Texas Rule of Appellate Procedure 6.5, and it has been on file for more than ten days. *See* TEX. R. APP. P. 6.5(a), (b); *id.* R. 10.3(a). Neither appellant/cross-appellee Leticia Rodriguez nor appellees/cross-appellants Lydia Rodriguez and Robert Pereida have filed any objection or other response to the motion.

After consideration, the motion to withdraw is **GRANTED.** We **ORDER** Sergio R. Davila and Olga G. Brown to "immediately notify [appellee/cross-appellant Robert Pereida], in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed to" appellee/cross-appellant Robert Pereida and to file a copy of that notice with the clerk of this court. *Id.* R. 6.5(c).

Appellee/cross-appellant Robert Pereida's brief is now due. If appellee/cross-appellant Robert Pereida wishes to file a motion for extension of time, he must do so **within 10 days** of the date of this order. If appellee/cross-appellant Robert Pereida fails to file his brief or a motion for extension of time **within 10 days** of the date of this order, we will dismiss his cross-appeal for want of prosecution and we will set the case at issue without his appellee's brief. *See id.* R. 38.8(a); *see also id.* R. 42.3(c).

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court